# EXHIBIT 3



# Lease Amendment

HILLCREST STATION-SAN DIEGO  CA 92103-9998


**UNITED STATES POSTAL SERVICE**

# Lease Amendment

| Facility Name/Location | | Amendment Number |
|---|---|---|
| SAN DIEGO - HILLCREST STATION (056768-055)<br>3911 CLEVELAND AVE  SAN DIEGO CA 92103-9998 | Project: F24340 | 002 |

This refers to the Lease accepted by the United States Postal Service, hereinafter called the Postal Service, under date of 08/15/1972 whereby there is leased to the United States Postal Service the above-described postal facility.

WHEREAS the Postal Service desires and Lessor is willing to:
waive the restoration provision in Paragraph 9 of the Lease dated August 15, 1972, for the elevator located within the leased premises as it pertains to the elevator system.

NOW THEREFORE, in consideration of the mutual covenants and agreements herein set forth, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties do hereby agree to amend the Lease as follows, effective 00/00/0000

The Postal Service plans to replace the elevator jack/cylinder and related piping at the sole cost of the U. S. Postal Service.  In the event of USPS replacement of equipment/systems, the restoration clause as stated in Paragraph 9 of the Lease shall not apply to the elevator system.

In all other respects, the Lease shall remain the same and is hereby confirmed.

Date: 4/13/04

Print Lessor's Name: Wm JOHN ESTER

Signature: Wm. John Ester

EDWARD R ESTER 16931
JOHN ESTER 16939 MAPLEWILD SW SEATTLE WA 98166-3165
Number and Street Name, City, State and ZIP+4 Address of Lessor

(206) 241-0946
Telephone Number

**Acceptance By The Postal Service**

JACK DAVIDSON
Contracting Officer

Signature of Contracting Officer

Date: 4/23/04

REAMENDGEN(Sept. 96, v1.16, P)

 **UNITED STATES POSTAL SERVICE.**  **Addendum**

Facility Name/Location SAN DIEGO - HILLCREST STATION (056768-055)  
3911 CLEVELAND AVE SAN DIEGO, CA 92103-9998

County: SAN DIEGO  
Project: F24340