# EXHIBIT 5

FACILITIES, ASSET MANAGEMENT


**UNITED STATES**
**POSTAL SERVICE**

June 1, 2022

**VIA:   USPS Priority <u>Express Mail</u> and First Class Mail (Signature Required)**

ECR LLC
DBA Verona LLC
C/O John Ester
16931 Maplewild Ave SW
Burien, WA 98166-3166

W John Ester
16931 Maplewild Avenue Sw
Burien, WA 98166-3166

Hillcrest Property LLC
Unisearch Inc – Registered Agent
PO BOX 33735
Juneau, AK 99803

Hillcrest Property LLC
18931 Maplewidld Avenue SW
Burien, WA 98166-3165

RE:   Option to Purchase-Notice of Exercise of Option to Purchase San Diego – Hillcrest Station –
3911 Cleveland Ave, San Diego, CA 92103-9998 (the 'Property')

Dear Lessor/Seller:

This letter is in reference to the U.S. Postal Service Lease, dated August 15, 1972, (as amended "the Lease"), made by and between Joseph Penner and Grace Penner ("Lessor") and the United States of America ("Government"), as the tenant under the Lease.  Per the Lease, the Government leased from Lessor a parcel of land and improvements described in the Lease and also known as 3911 Cleveland Avenue, San Diego, CA 92103-9998 ("Parcel").  The Lease was modified by that certain Lease Amendment accepted by the Postal Service on August 11, 1981, changing certain terms and conditions of Lease.  The Lease was modified by that certain Lease Amendment Agreement No. 2 accepted by the Postal Service on June 20, 2009, changing certain terms and conditions to the Lease.  You succeeded to the interest of the Lessor by that Deed dated May 23, 2012, and recorded on December 24, 2012, in Document 2012-0809893-10697 and Document 2012-0809894-10698 in the official records of San Diego County, California.

As you may be aware, the Lease term expires on July 31, 2022. In accordance with the Lease terms, this letter hereby constitutes notice that the Postal Service hereby elects to purchase the fee simple title to the Parcel, with the buildings and land improvements thereon, for the fair market value of $3,800,000.00 ("Purchase Price"), determined by the Appraisal Report dated April 22, 2022, prepared by Valbridge Property Advisors ("Appraisal"), as provided for in Paragraph 6 of the Lease Amendment.  A copy of the Appraisal Summary is enclosed for your review.  In accordance with the Lease, if you disagree with the Appraisal, you may obtain your own appraisal at your expense and thereafter the parties will attempt to negotiate a purchase price. If I do not hear from you by July ,6 2022, I will proceed to schedule a settlement date whereby you will be required to convey fee simple title to the USPS for the Purchase Price by good and sufficient warranty deed free and clear of all encumbrances.

If you have any questions, please do not hesitate to contact Ralph Carter at (336) 544-3824.
<u>Ralph.S.Carter@usps.gov</u>

PO Box 27497
GREENSBORO, NC 27498-1103

VISIT US @ USPS.COM

Sincerely,

E-SIGNED by David.P Rouse
on 2022-06-01 11:22:09 CDT

David Rouse
Contracting Officer


Enclosure
Enclosures (Copy of Appraisal included with notices to the John Ester and Hillcrest Property LLC)