# EXHIBIT 6

| | |
|---|---|
| **From:** | Fish, Brian |
| **To:** | Carter II, Ralph S - Greensboro, NC; John Ester |
| **Cc:** | Green, Gabriel G. |
| **Subject:** | RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] |
| **Date:** | Friday, July 29, 2022 2:07:37 PM |

Mr. Carter,

Good afternoon.  Buchatler, APC represents the owner of what you refer to as the Hillcrest Station property.  As an initial matter, our client disputes that the appraisal provided by USPS meets the standards of an MAI appraisal and that USPS has satisfied the requirements set forth in the lease.  Nonetheless, my client agrees to a month to month lease to USPS for the period after the lease terminates on July 31, 2022.  However, annual market rate rent for a USPS property in this part of San Diego County is $759,781 and that is the lease rate that will apply during the USPS month to month tenancy.  Thank you.

Brian

# Buchalter

**Brian Fish**

Shareholder

**T** (619) 219-5427

bfish@buchalter.com

655 W. Broadway, Suite 1600
San Diego, CA 92101

www.buchalter.com

---

**From:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Sent:** Friday, July 29, 2022 12:15 PM
**To:** John Ester <wmjohnester@yahoo.com>
**Cc:** Fish, Brian <bfish@buchalter.com>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase

> This message has originated from an **External Email**. Carter II, Ralph S - Greensboro, NC <ralph.s.carter@usps.gov>:

---

Good Afternoon Mr. Ester,

I look forward to seeing your appraisal when it is complete.  Since this process will extend beyond 7/31/2022 USPS will be increasing the rental rate to the amount established by the appraisal shared

with you while we work through the purchase process.  The appraisal gave an annual rate of $304,971.

Ralph S. Carter II
Real Estate Specialist
Facilities, Real Estate & Assets
United States Postal Service
PO BOX 27497
Greensboro, NC 27498-1103
(M)336-482-8306
ralph.s.carter@usps.gov

---

**From:** John Ester <wmjohnester@yahoo.com>
**Sent:** Friday, July 1, 2022 4:51 PM
**To:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Cc:** Brian Fish <bfish@buchalter.com>
**Subject:** [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Ralph,

I received the attached letter from David P. Rouse regarding the Option to Purchase-Notice of Exercise of Option to Purchase San Diego-Hillcrest Station.  You were listed as the contact person if I had any questions.

I am in disagreement of the Postal Services appraisal of Hillcrest Station.  Per the lease amendment mentioned in David Rouse's letter, I have commissioned my own appraisal which will take approximately 45-60 days to complete.

The current lease for the Hillcrest Station will expire on July 31, 2022.  I would suggest the Postal Service contact me as to what they intend to do regarding rental payments after July 31st.

I can be reached at 206-241-0946.

Wm John Ester


Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any

review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.