EXHIBIT 9

| | |
|---|---|
| **From:** | Green, Gabriel G. |
| **To:** | Wheeler, Shirley S - Western FSO |
| **Cc:** | Fish, Brian |
| **Subject:** | RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317] |
| **Date:** | Friday, March 3, 2023 2:02:08 PM |

Hi Shirley:

It was nice to speak with you as well. Thank you for your call.

Thank you also for the follow-up email confirming that USPS is no longer pursuing the option to purchase the property.

Have a good weekend.

Gabe


# Buchalter

**Gabriel G. Green**
Shareholder
**T** (213) 891-5029
**C** (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com

**From:** Wheeler, Shirley S - Western FSO <shirley.s.wheeler@usps.gov>
**Sent:** Friday, March 3, 2023 1:28 PM
**To:** Green, Gabriel G. <ggreen@buchalter.com>
**Cc:** Fish, Brian <bfish@buchalter.com>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

> This message has originated from an **External Email**. Wheeler, Shirley S - Western FSO <shirley.s.wheeler@usps.gov>:

Hi Gabe,

It was nice speaking with you and this email is to confirm that USPS is no longer in the process to purchase the building.

You will be hearing from me after I receive my new appraisal, to discuss a lease renewal.

Thanks,

Shirley
303-319-6921

Shirley Wheeler
Real Estate Specialist
200 East Kentucky Avenue
Denver CO 80209
Office: 303-264-0434
Shirley.s.wheeler@usps.gov

---

**From:** Green, Gabriel G. <ggreen@buchalter.com>
**Sent:** Friday, March 3, 2023 12:56 PM
**To:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Cc:** Fish, Brian <bfish@buchalter.com>; Wheeler, Shirley S - Western FSO <shirley.s.wheeler@usps.gov>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Ralph:

Thank you for your response. No, we had no prior notice that USPS was transferring our point of contact to Ms. Wheeler. Your email below is the first that we are learning of that fact. We would have appreciated hearing of that fact sooner as USPS' on-going rent defaults are causing substantial damages to the landlord – damages for which USPS is liable.

Shirley:

It is nice to meet you over email. We would appreciate your immediate attention to the two matters that I address in my email below: (1) USPS' significant rent defaults; and (2) USPS' failure to comply with the appraisal procedure under Paragraph 7 of the lease. Would you please let me know when you have time early next week for a call to discuss?

Thank you.

Gabe

# Buchalter

**Gabriel G. Green**
Shareholder
**T** (213) 891-5029
**C** (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

www.buchalter.com

---

**From:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Sent:** Friday, March 3, 2023 11:21 AM
**To:** Green, Gabriel G. <ggreen@buchalter.com>
**Cc:** Fish, Brian <bfish@buchalter.com>; Wheeler, Shirley S - Western FSO <shirley.s.wheeler@usps.gov>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

> This message has originated from an **External Email**. Carter II, Ralph S - Greensboro, NC <ralph.s.carter@usps.gov>:

Gabriel,

I apologize, there may have been some confusion on who should be contacting you back. Due to some changes within the organization this project has been transferred to Shirley Wheeler. I have copied her on this email so that she has your contact information, and I am also providing her contact information for you. I am sure she will reach out to your shortly.

Shirley Wheeler
Real Estate Specialist
200 East Kentucky Avenue
Denver CO 80209
Office: 303-264-0434
Shirley.s.wheeler@usps.gov


Ralph S. Carter II
Real Estate Specialist
Facilities, Real Estate & Assets
United States Postal Service
PO BOX 27497

Greensboro, NC 27498-1103

(M)336-482-8306

ralph.s.carter@usps.gov

---

**From:** Green, Gabriel G. <ggreen@buchalter.com>
**Sent:** Friday, March 3, 2023 1:16 PM
**To:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Cc:** Fish, Brian <bfish@buchalter.com>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]
**Importance:** High

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Ralph:

I am writing to address two separate but related issues. First, you have not responded to my multiple emails regarding USPS' rental defaults. When we last spoke, you acknowledged that USPS' rent checks since August have impermissibly been below market rate, but you claimed not to have sufficient information to establish market rate. I directed you to the fair market appraisal that we previously provided that established the market rate rent. You indicated that you felt you needed additional information to take to your superiors to show them what the market rate was. Obviously, USPS' failings do not excuse USPS' lack of performance. Further, in response to our discussion, I also sent you the email below and the attached report of rent comps that clearly establishes the market rate for the property. As you know, the landlord has not cashed any of the below market rate rent checks. USPS needs to immediately cure the rent defaults or the landlord will be forced to take appropriate action.

Second, I am writing again to address USPS' failure to comply with the appraisal procedure under Paragraph 7 of the lease. The list of three appraisers that USPS provided was improper as two of the three appraisers were retired as of the date that you sent the list. Only Randi Rosen is still a practicing appraiser. Consequently, USPS did not provide the landlord with three alternative appraiser options as required by the lease, but instead improperly attempted to force the use of just one appraiser in contravention of the explicit provisions of that section of the lease. Although we are under no obligation to do so, and without waiving any rights or defense, we have identified below three other potential appraisers – all of whom have the requisite experience and are actually working and not retired – along with Ms. Rosen.

Please let us know **within ten (10) days** from the date of this email whether USPS objects to the use of any of the below appraisers and why. If we do not receive the requisite response from USPS within that period of time, we will presume that USPS approves of the selection of any of the below

appraisers and the landlord will proceed with selecting from the below list an appraiser to conduct the third appraiser contemplated by Section 7 of the lease.

Thank you.

Gabe

++++++++++++++++++++++++

Potential appraisers:

David F. Davis
D.F. Davis Real Estate, Inc.
860 Jamacha Road, Suite 206
El Cajon, CA 92019
(619) 401-9001 (office)
(619) 548-5000 (cell)
dave@dfdavisrealestate.com
www.dfdavisrealestate.com

Rob Detling
Colliers International Valuation and Advisory Services
9820 Willow Creek Road, Suite 300
San Diego, CA 92131
(858) 860-3852 (office)
(858) 395-0772 (cell)
rob.detling@colliers.com
www.colliers.com

Andre Desjardins
MDS Realty Advisors
4891 Pacific Highway, Suite 111
San Diego, CA 92110
(619) 296-7100 (office)
andred@mdsrealty.com
www.mdsrealty.com

Randi S. Rosen
KPMG, LLP
4655 Executive Drive, Suite 1100
San Diego, CA 92121
(858) 750-7246
randirosen@kpmg.com

# Buchalter

**Gabriel G. Green**
Shareholder
**T** (213) 891-5029
**C** (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

www.buchalter.com

---

**From:** Green, Gabriel G. <ggreen@buchalter.com>
**Sent:** Thursday, February 9, 2023 3:14 PM
**To:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Cc:** Fish, Brian <bfish@buchalter.com>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

Good afternoon Ralph:

I hope that this email finds you well. I am writing to follow-up on an issues that seems to have fallen by the wayside and one that we need to get addressed ASAP. That is, USPS continues to be in default of its rental obligations and has failed to pay the full fair market value of the rent that is owed on the property since August.

When we previously spoke prior to my email below, you asked for a further evidence of what the fair market rental rate for the property was notwithstanding the fact that the appraisal that we previously provided to you provided conclusive evidence of those rental rates. In the spirit of cooperation and in a good faith attempt to get USPS to correct its rent defaults, I thereafter sent the attached report of rent comparables which further evinces what the fair market value of the property is. I have not, however, received a response from you.

We need to get USPS to cure its rent defaults. Would you please advise as to the status of USPS' payments to resolve the rent defaults.

Regarding the list of appraisers that you sent over, we see that two of the appraisers that you proposed are retired and thus not appropriate alternative suggestions that would satisfy the requirements of the option to purchase provisions. We are looking into alternative appraisers to suggest to the USPS for usage for the third appraisal and will be in touch with you soon to propose those additional appraisers.

In the interim, please do get back to me on the outstanding issue with regard to the USPS' rent

defaults.

Thanks.

Gabe

# Buchalter

**Gabriel G. Green**
Shareholder
**T** (213) 891-5029
**C** (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
www.buchalter.com

---

**From:** Green, Gabriel G. <ggreen@buchalter.com>
**Sent:** Tuesday, December 20, 2022 11:37 AM
**To:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

Good afternoon Ralph:

Thank you for forwarding that list of potential appraisers. We are still evaluating the list on our end and will get back to you shortly following that evaluation.

In the interim, I wanted to forward to you the attached report of rent comparables in the San Diego region that was prepared by Avery Postal Group & NNN, which we know the USPS is very familiar with as being a credible and reliable valuation firm related to post office locations. The attached report (in addition to the previously provided appraisal) is further evidence of the fair market value rental rate for our client's property. USPS must promptly cure its rent defaults and pay the outstanding amounts of rent that are owed for the months of August, September, October, November, and December. The fair market value for the rent is $63,315.08, which means that the total amount due for those five months is: $316,575.40.

USPS must cure its rent defaults by December 27, 2022. If USPS fails to do so, then we will proceed with taking any legal action we deem necessary to protect our client's rights.

All rights are reserved, none are waived.

Best regards,
Gabe

# Buchalter

**Gabriel G. Green**
Shareholder
**T** (213) 891-5029
**C** (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

www.buchalter.com

---

**From:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Sent:** Monday, December 5, 2022 2:09 PM
**To:** Green, Gabriel G. <ggreen@buchalter.com>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

> This message has originated from an **External Email**. Carter II, Ralph S - Greensboro, NC <ralph.s.carter@usps.gov>:

---

Mr. Green,

Attached are 3 potential MAI appraisers we could use for a 3rd appraisal.  Do you have some time for me to give you a call on Wednesday to discuss potential next steps?

Ralph S. Carter II
Real Estate Specialist
Facilities, Real Estate & Assets
United States Postal Service
PO BOX 27497
Greensboro, NC 27498-1103
(M)336-482-8306
ralph.s.carter@usps.gov

**From:** Green, Gabriel G. <ggreen@buchalter.com>
**Sent:** Friday, November 11, 2022 5:53 PM
**To:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Mr. Carter:

Thank you for your letter. Of the dates that you proposed, Thursday, December 1, 2022 at 1:30pm (EST)/10:30am (PST) works for us. We can use my conference line for the call:

1-719-955-0536
Guest Passcode: 487096

I look forward to speaking with you then. Our client, the landowner, will be attending the call as well.

All the best,
Gabe

# Buchalter

**Gabriel G. Green**
Shareholder
**T** (213) 891-5029
**C** (818) 800-2535
ggreen@buchalter.com

1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

www.buchalter.com

---

**From:** Carter II, Ralph S - Greensboro, NC <Ralph.S.Carter@usps.gov>
**Sent:** Thursday, November 10, 2022 12:19 PM
**To:** Green, Gabriel G. <ggreen@buchalter.com>
**Subject:** RE: [EXTERNAL] Hillcrest Station - Notice of Exercise of Option To Purchase [IWOV-BN.FID4091317] [IMAN-BN.FID4091317]

> This message has originated from an **External Email**. Carter II, Ralph S - Greensboro, NC <ralph.s.carter@usps.gov>:

Mr. Green,

Attached please find the Postal Service's response to your letter dated November 3, 2022.

Ralph S. Carter II
Real Estate Specialist
Facilities, Real Estate & Assets
United States Postal Service
PO BOX 27497
Greensboro, NC 27498-1103
(M)336-482-8306

ralph.s.carter@usps.gov


Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message

and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.

Notice To Recipient: This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message and any and all duplicates of this message from your system. Thank you in advance for your cooperation. For additional policies governing this e-mail, please see http://www.buchalter.com/about/firm-policies/.